CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 26 2011

JULIA C. ...
BY: /s/ Taylor
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL C. GRAYBILL, JR. | ) |
| | ) Case No. 7:11CV00331 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) |
| HAROLD CLARKE, DIRECTOR | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Respondent | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that plaintiff's motions (ECF Nos. 29 & 30) are **DENIED**.

ENTER: this 26th day of October, 2011

_____
Senior United States District Judge