CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 26 2011

JULIA C. DUDLEY
BY: _____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **PAUL C. GRAYBILL, JR.** | ) | |
| | ) | Case No. 7:11CV00331 |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **HAROLD CLARKE, DIRECTOR** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that plaintiff's motions (ECF Nos. 29 & 30) are **DENIED**.

ENTER: this _26th_ day of October, 2011

_____
Senior United States District Judge